Charlontte Dukhi
318 703-1208
8-2-2023

To pressed charges murder Attempted Second Degree murder

Fugtive A Warrant of F.B.I. Federal Agent 860 pierremont Road S-port LA 71101 of Afagstan LA Genal Alaway 3050 martin Luther King Jr Dr Southern Universty College Southern Universty Security Guard In uniform Not Universal Police Head Southern Police Office Southern Universty In Shreveport Police Car But He Not A Shreveport Police Officer In Car Chief of Police Wayne Smith 1234 Texas Ave S-port LA 71101 Asst Chief of Police 1234 Texas Ave S-port LA 71101 LT. Sup Black Female S-port City Jail 755 Hope St S-port LA 71101 LT. Hamilton Ex LT Have Retired + Resign Walter Collins Jr 416 Yarbrough St. Paid LT-Hamilton Money To Kill ME And His officer + they did He Paid S-port Police officer ms-Northworth so Not To Feed me In S-port City Jail And she Did Not Not she Is A Sup.

RECEIVED AUG 07 2023 TONY R. MOORE CLERK WESTERN DISTRICT OF LA SHREVEPORT LOUISIANA BY_____

Charles Williams
318 703-1208
8-2-2023

Complaint to
Press Charges
Pro-se Plaintiff
Attempted murder Second degree murder

He paid her that with my money I cant Buy Food with A E.B.T Card Shreveport City Police Sup mrs Northworthy Sheriff Steve Prator 1101 Fornum Dr S.port LA 71101 made a Lap-Top Computer to S City Marshall Jon-Jon made the Disc A S.port Police to made a Lap-Top Computer over In Afdaustan LA Sheriff Steve Prator can F.B.I. 860 pierremont Rd S.port LA 71101 A las them Escorted from their To S.port Southern University College Lt-Hamilton hired him Southern Universit Security-Guard A S.port Police Officer Sheriff Steve prator City marshall Jon-Jon Gerald Ataway have 250 Lap-TopComputer In His Car With them In their Homes In my Home In the wall To C.W. Is In Camera In my Home With A Tape + Disc 2831 Kelsey St Cooper Rd Dr Martin Luter King Jr Community S. port LA 71101 City marshall Jon-Jon paid Him $10,000

Charles Williams  I will like to file
318 703-1208  A complaint pro-se
8-2-2023  Plaintiff Plaintiff
to pressed charges
murder + Attempted

To kill me money is in backseat
of Gerald Atway sits in Shreveport  second
police car now Walter Collins  degree
F.B.I 860 and told him he paid
Lt. Hamilton + Officer he turn them
in to the head marshall of
Bossier City 71111 he paid nine
S.port Police Officer money
To come to my home + put me
in the hospital and they did
Marshalls 1736 East 70th St
S.port LA 71107 Got a S.port
Police Officer Blackmale S port
Police Dpt Substation Jon-Jon
Build that Head Southern Ley
Him put in Application and
Hire Him that He papers
With names own it S.port city
Jail 755 Hope St S.port LA 71101
Jon-Jon Build that Jail
And put the DISE in it
Tony R. Moore Clerk of Court
Chief Judge Terry A Doughty
United States Court Count
Mag. Kayla McClusky United States
Court Staff Attorney Pamela P. Mitchell
Mark L. Hornsby STE 1167